(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>Western District of New York | **Voluntary Petition** |
|---|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Denz, Jerome A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Denz, Marlene M** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**M.M.D. Optical of Florida, LLC** ~~a/k/a~~ *Jerome A. Denz*<br>**M.D. Wholesale Optical, Inc.** d/b/a *Jerome A. Denz* true | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**M.D. Wholesale Optical, Inc.** d/b/a *Marlene M. Denz* true |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**-5635** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>~~86 Goose Creek Road~~ 51 Werner Street<br>~~North Harmony, NY 14710~~ Buffalo, NY 14206 true<br>Ashville | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>~~86 Goose Creek Road~~ 51 Werner Street<br>~~North Harmony, NY 14710~~ Buffalo, NY 14206 true |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: **Erie** |
| Mailing Address of Debtor (if different from street address)<br>86 Goose Creek Road<br>Ashville, NY 14710 true | Mailing Address of Joint Debtor (if different from street address):<br>86 Goose Creek Road<br>Ashville, NY 14710 true |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **M.D. Wholesale Optical, Inc.**<br>**2017 Clinton Street**<br>***To be surrendered***<br>**Buffalo, NY 14206** |

05-91422

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>  Must attach signed application for the court's consideration<br>  certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply) | | |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):                FORM B1, Page 2<br>**Denz, Jerome A**<br>**Denz, Marlene M** |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Jerome A Denz*
Signature of Debtor **Jerome A Denz**

X *Marlene M Denz*
Signature of Joint Debtor  **Marlene M Denz**

Telephone Number (If not represented by attorney)

**October 12, 2005**
Date

**Signature of Attorney**

X *[signature]*
Signature of Attorney for Debtor(s)
**Kenneth P. Bernas, Esq.**
Printed Name of Attorney for Debtor(s)
**Law Office of Kenneth P. Bernas, Esq.**
Firm Name
**1299 Union Road**
**Buffalo, NY 14224**
Address
**(716)675-1800  Fax: (716)674-7116**
Telephone Number
**October 12, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signature]*                              **October 12, 2005**
Signature of Attorney for Debtor(s)                Date
**Kenneth P. Bernas, Esq.**

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re **Jerome A Denz,**　　　　　　　　　　　　　　　Case No. _____

　　　**Marlene M Denz**

_____ ,

　　　　　　　　　　　　　　　Debtors　　　　　　Chapter_____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 370,000.00 | | |
| B - Personal Property | Yes | 4 | 145,980.62 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 359,062.26 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 200.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 740,128.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,248.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,299.80 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 515,980.62 | | |
| Total Liabilities | | | | 1,099,390.36 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　Best Case Bankruptcy

In re    **Jerome A Denz,**                                   Case No. _____
        **Marlene M Denz**

_____,
Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whethe· husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **86 Goose Creek Road**<br>**North Harmony, New York**<br>**\*Subject to Homestead Exemption\*** | **Fee simple absolute owner/primary residence** | J | 70,000.00 | 40,932.37 |
| **2017 Clinton Street**<br>**Buffalo, New York**<br>**\*To be surrendered\*** | **Fee Simple Absolute Owner** | J | 300,000.00 | 318,129.89 |

|  | Sub-Total > | 370,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 370,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property        (Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re     **Jerome A Denz,**                                    Case No. _____
          **Marlene M Denz**
_____     _____,
                                    Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HSBC Personal Account Account No: 785707387** | J | 20.00 |
| | | **Charter One Bank, N.A. Business Account Account No: 779-007620-8** | W | 20.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 900.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family Photographs** | J | 25.00 |
| 6.  Wearing apparel. | | **Clothing** | J | 1,200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Mony c/o of Lou Nuchereno 325 Essjay Road, Suite 308 Williamsville, NY 14221 Last Survivor Whole Life Policy No: 1393 49 24** | W | 7,559.32 |

                                                    Sub-Total >        **9,724.32**
                                                 (Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston Best Case Bankruptcy

In re **Jerome A Denz,** Case No. _____

**Marlene M Denz**

_____ ,

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Mony c/o of Lou Nuchereno<br>325 Essjay Road, Suite 308<br>Williamsville, NY 14221<br>MonyPremier Plus<br>Policy No: 1393 49 21 | W | 12,500.00 |
| | | Mony c/o of Lou Nuchereno<br>325 Essjay Road, Suite 308<br>Williamsville, NY 14221<br>Monyconomizer Whole Life<br>Policy No: 1185 61 18 | H | 7,500.00 |
| | | Mony c/o of Lou Nuchereno<br>325 Essjay Road, Suite 308<br>Williamsville, NY 14221<br>Level Premium Disability income<br>Policy No: 80X0 87 96 | H | 1,500.00 |
| | | Mony c/o of Lou Nuchereno<br>325 Essjay Road, Suite 308<br>Williamsville, NY 14221<br>Monyconomizer Whole Life<br>Policy No: 1367 30 85 | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Advest<br>One HSBC Center, Suite 2850<br>Buffalo, NY 14203<br>IRA<br>Account No: 2472-4838 | W | 9,277.50 |
| | | Advest<br>One HSBC Center, Suite 2850<br>Buffalo, NY 14203<br>IRA<br>Account No: 2472-4512 | H | 17,978.80 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >      **48,756.30**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re  **Jerome A Denz,**
      **Marlene M Denz**

Case No. _____

                                   Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 GMC Van** <br> **Vin No: 1GTDG15H6J7515594** | H | 250.00 |

                                                   Sub-Total >      **250.00**
                                        (Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston Best Case Bankruptcy

In re    **Jerome A Denz,**
       **Marlene M Denz**                            Case No. _____

_____,
**Debtors**

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1995 Plymouth Suburban**<br>**Vin No: 2P4GH453XSR334753** | W | 500.00 |
| | | **1997 Ford Windstar**<br>**Vin No: 1FMCA11U6VZA94952** | H | 500.00 |
| | | **1989 Cadillac Sedan**<br>**Vin No: 1G6EL1152KU62949** | H | 250.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **RCI Membership #074700248/3 timeshares**<br>**World Vacation Club, 3502 Woodview Terrace, P.O.**<br>**Box 80229, Indianapolis, IN 46280-0229**<br>**Krystal Palace**<br>**Palace Resorts**<br>**Evergreen Condominums** | J | 76,000.00 |
| | | **Western Horizon Resorts, WHR P.O. Box 430,**<br>**Gunnison, CO 81230**<br>**Timeshare**<br>**Rainbow Lakes** | J | 10,000.00 |

                                        Sub-Total >      **87,250.00**
                                        (Total of this page)
                                             Total >      **145,980.62**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                           (Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston Best Case Bankruptcy

In re   **Jerome A Denz,**
       **Marlene M Denz**

Case No. _____

_____ ,

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **86 Goose Creek Road** | NYCPLR § 5206(a) | 50,000.00 | 70,000.00 |
| **North Harmony, New York** | | | |
| **\*Subject to Homestead Exemption\*** | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | NYCPLR § 5205(a)(1) | 900.00 | 900.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Family Photographs** | NYCPLR § 5205(a)(2) | 25.00 | 25.00 |
| **Wearing Apparel** | | | |
| **Clothing** | NYCPLR § 5205(a)(5) | 1,200.00 | 1,200.00 |
| **Interests in Insurance Policies** | | | |
| **Mony c/o of Lou Nuchereno** | NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i) | 7,559.32 | 7,559.32 |
| **325 Essjay Road, Suite 308** | | | |
| **Williamsville, NY 14221** | | | |
| **Last Survivor Whole Life** | | | |
| **Policy No: 1393 49 24** | | | |
| **Mony c/o of Lou Nuchereno** | NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i) | 12,500.00 | 12,500.00 |
| **325 Essjay Road, Suite 308** | | | |
| **Williamsville, NY 14221** | | | |
| **MonyPremier Plus** | | | |
| **Policy No: 1393 49 21** | | | |
| **Mony c/o of Lou Nuchereno** | NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i) | 7,500.00 | 7,500.00 |
| **325 Essjay Road, Suite 308** | | | |
| **Williamsville, NY 14221** | | | |
| **Monyconomizer Whole Life** | | | |
| **Policy No: 1185 61 18** | | | |
| **Mony c/o of Lou Nuchereno** | NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i) | 1,500.00 | 1,500.00 |
| **325 Essjay Road, Suite 308** | | | |
| **Williamsville, NY 14221** | | | |
| **Level Premium Disability income** | | | |
| **Policy No: 80X0 87 96** | | | |
| **Mony c/o of Lou Nuchereno** | NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i) | 0.00 | 0.00 |
| **325 Essjay Road, Suite 308** | | | |
| **Williamsville, NY 14221** | | | |
| **Monyconomizer Whole Life** | | | |
| **Policy No: 1367 30 85** | | | |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL

Best Case Bankruptcy

In re  **Jerome A Denz,**
      **Marlene M Denz**

Case No. _____

_____ ,
                                 Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Advest<br>One HSBC Center, Suite 2850<br>Buffalo, NY 14203<br>IRA<br>Account No: 2472-4838 | NY Ins. Law § 4607 | 9,277.50 | 9,277.50 |
| Advest<br>One HSBC Center, Suite 2850<br>Buffalo, NY 14203<br>IRA<br>Account No: 2472-4512 | NY Ins. Law § 4607 | 17,978.80 | 17,978.80 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1988 GMC Van<br>Vin No: 1GTDG15H6J7515594 | Debtor & Creditor Law § 282(1) | 250.00 | 250.00 |
| 1995 Plymouth Suburban<br>Vin No: 2P4GH453XSR334753 | Debtor & Creditor Law § 282(1) | 500.00 | 500.00 |
| 1997 Ford Windstar<br>Vin No: 1FMCA11U6VZA94952 | Debtor & Creditor Law § 282(1) | 500.00 | 500.00 |
| 1989 Cadillac Sedan<br>Vin No: 1G6EL1152KU62949 | Debtor & Creditor Law § 282(1) | 250.00 | 250.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL

Best Case Bankruptcy

In re    **Jerome A Denz,**
         **Marlene M Denz**

Case No. _____

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1139100518**<br><br>**Chase Home Finance**<br>**P.O. Box 830016**<br>**Baltimore, MD 21283-0016** | | **W** | 3/1/2005<br><br>Mortgage<br><br>**86 Goose Creek Road, North Harmony, NY, *Personal Residence***<br><br>Value $ 70,000.00 | | | | 40,932.37 | 0.00 |
| Account No. **701444924**<br><br>**JP Morgan Chase Bank, N.A.**<br>**8-1111F-46 D**<br>**P.O. Box 2558**<br>**Houston, TX 77252-8069** | | **J** | 7/2005<br><br>Mortgage<br><br>**M.D. Wholesale Optical, Inc.**<br>**2017 Clinton Street, Buffalo, NY**<br><br>Value $ 300,000.00 | | | | 34,132.26 | 0.00 |
| Account No. **701444914**<br><br>**JPMorgan Chase Bank, N.A.**<br>**8-1111F-46 D**<br>**P.O. Box 2558**<br>**Houston, TX 77252-8069** | | **J** | 8/2004<br><br>Mortgage<br><br>**2017 Clinton Street, Buffalo, NY**<br>**M.D. Wholesale Optical, Inc.**<br><br>Value $ 300,000.00 | | | | 185,000.00 | 0.00 |
| Account No. **701444937**<br><br>**JPMorgan Chase Bank, N.A.**<br>**8-1111F-46 D**<br>**P.O. Box 2558**<br>**Houston, TX 77252-8069** | | **J** | 8/2004<br><br>Mortgage<br><br>**2017 Clinton Street, Buffalo, NY**<br>**M.D. Wholesale Optical, Inc.**<br><br>Value $ 300,000.00 | | | | 98,997.63 | 0.00 |

_0_ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 359,062.26 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 359,062.26 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Jerome A Denz,**                 Case No. _____

            **Marlene M Denz**

_____,

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(5).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federa, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL      Best Case Bankruptcy

In re    **Jerome A Denz,**                                                    Case No. _____
         **Marlene M Denz**
_____,
                                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **G 10898800** <br><br> **City of Buffalo/User Fee** <br> **Division of Treasury** <br> **P.O. Box 27** <br> **Buffalo, NY 14240-0027** | | J | **8/2005** <br><br> **Public User Fee** | | | | 119.63 | 119.63 |
| Account No. **L-025978137-2** <br><br> **N.Y.S. Dept. of Taxation & Finance** <br> **NYS Assessment Receivables** <br> **P.O. Box 4127** <br> **Binghamton, NY 13902-4127** | | J | **8/2005** <br><br> **Tax Withholdings** <br> **M.D. Wholesale Optical, Inc.** | | | | 80.39 | 80.39 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 200.02 |
| Total (Report on Summary of Schedules) | 200.02 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL                    Best Case Bankruptcy

In re      **Jerome A Denz,**
            **Marlene M Denz**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **01658 281832-01-2** <br><br> **Adelphia** <br> **P.O. Box 371449** <br> **Pittsburgh, PA 15250-7449** | | J | 8/2004 <br> **Cable** <br> **M.D. Wholesale Optical, Inc.** | | | | 55.27 |
| Account No. **4150735** <br><br> **ADT Security Services** <br> **P.O. Box 650485** <br> **Dallas, TX 75265-0485** | | J | 5/2005 <br> **Business Security** <br> **MD Wholesale Optical** | | | | 160.14 |
| Account No. **N/A** <br><br> **Aldana Inc./Colonial Case** <br> **350 Kinsley Avenue** <br> **Building #43, 2nd Floor** <br> **Providence, RI 02903** | | J | 4/2005 <br> **Business Purchases** <br> **M.D. Wholesale Optical, Inc.** | | | | 86.58 |
| Account No. **3715-095830-02002** <br><br> **American Express** <br> **P.O. Box 360002** <br> **Fort Lauderdale, FL 33336-0002** | | W | 2/2005 <br> **Misc. Purchases** | | | | 16,200.63 |

_**25**_   continuation sheets attached

Subtotal
(Total of this page)   16,502.62

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL S/N:24332  Best Case Bankruptcy

In re    **Jerome A Denz,**                                Case No. _____

          **Marlene M Denz**

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3739-982620-21003<br><br>American Express<br>P.O. Box 5207<br>Fort Lauderdale, FL 33310-5207 | | W | 3/2004<br>Business Purchases<br>M.D. Wholesale Optical, Inc. | | | | 27,794.51 |
| Account No. 0719711153<br><br>American Online<br>P.O. Box 30623<br>Tampa, FL 33630-0623 | | H | 9/2004<br>Business Account<br>M.M.D. Optical of Florida, LLC | | | | 151.40 |
| Account No. 0000011762<br><br>AO Sola<br>NK 220<br>P.O. Box 515249<br>Los Angeles, CA 90051-6549 | | J | 1/2005<br>Business Purchases<br>M.D. Wholesale Optical | | | | 20,493.89 |
| Account No. 0000015175<br><br>AO Sola<br>NK 220<br>P.O. Box 515249<br>Los Angeles, CA 90051-6549 | | H | 11/2004<br>Business Purchases<br>MMD Optical of Florida, LLC | | | | 11,017.70 |
| Account No. 716 826-5024<br><br>AT&T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 | | H | 6/2004<br>Telephone Service | | | | 69.22 |

Sheet no. __1__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **59,526.72**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re    **Jerome A Denz,**                Case No. _____
         **Marlene M Denz**

_____ _____ ,
                           Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MDWHOLESALE-01**<br><br>**Augen Optical**<br>**7734 Rutilio Court, Suite B**<br>**New Port Richey, FL 34653** | | J | 5/2005<br>**Business Purchases**<br>**M.D. Wholesale Optical** | | | | 7,994.09 |
| Account No. **4339 9300 0228 0354**<br><br>**Bank of America**<br>**P.O. Box 60073**<br>**City Of Industry, CA 91716-0073** | | H | 7/2005<br>**Business Purchases**<br>**MMD Optical of Florida, LLC** | | | | 260.22 |
| Account No. **4003 9040 0129 9645**<br><br>**Bank of America**<br>**P.O. Box 60073**<br>**City Of Industry, CA 91716-0073** | | H | 7/2005<br>**Business Purchases**<br>**MMD Optical of Florida, LLC** | | | | 12,781.98 |
| Account No. **3179**<br><br>**Carl Zeiss Meditec, Inc.**<br>**Dept. 1691**<br>**P.O. Box 61000**<br>**San Francisco, CA 94161-1691** | | J | 2/2005<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | 166.76 |
| Account No. **574**<br><br>**CC Systems**<br>**6553 46 St. North**<br>**Unit 905**<br>**Pinellas Park, FL 33781** | | J | 6/2004<br>**Business Accounts**<br>**M.D. Wholesale Optical, Inc.** | | | | 8,214.40 |

Sheet no. __2__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **29,417.45**

In re    **Jerome A Denz,**
       **Marlene M Denz**                  Case No. _____

_____ ,
                                 Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4417 1240 5090 6145**<br><br>**Chase**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | W | **8/2003**<br>**Misc. Purchases** | | | | **14,934.02** |
| Account No. **5417 1225 9746 5739**<br><br>**Chase Bank One**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | H | **5/2005**<br>**Misc. Purchases** | | | | **2,266.85** |
| Account No. **4366 1630 3965 0508**<br><br>**Chase Bank One**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | H | **6/2005**<br>**Misc. Purchases** | | | | **5,879.95** |
| Account No. **4246 3119 5422 4884**<br><br>**Chase Bank One**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | H | **4/2005**<br>**Misc. Purchases** | | | | **4,911.20** |
| Account No. **4104-1390-0001-4632**<br><br>**Chase Bank USA, N.A.**<br>**P.O. Box 100043**<br>**Kennesaw, GA 30156-9243** | | W | **5/2005**<br>**Misc. Purchases** | | | | **9,531.58** |

Sheet no. __**3**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,523.60**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Jerome A Denz,**
       **Marlene M Denz**                     Case No. _____

_____,
                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4104 1390 0001 4632**<br><br>**Chase Cardmember Service**<br>**P.O. Box 15291**<br>**Wilmington, DE 19886-5291** | | W | 3/2005<br>**Misc. Purchases** | | | | 9,963.77 |
| Account No. **1-05936-4**<br><br>**City of Fort Myers**<br>**Utilities Service Department**<br>**P.O. Box 340 - City Hall**<br>**Fort Myers, FL 33902-0340** | | H | 6/2005<br>**Utility Service**<br>**MMD Optical of Florida, LLC** | | | | 131.77 |
| Account No. **MDWHOL**<br><br>**Criss Optical Mfg. Co., INc.**<br>**3628 South West Street**<br>**Box 12267**<br>**Wichita, KS 67277** | | J | 7/2004<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | 210.40 |
| Account No. **070193**<br><br>**Culligan**<br>**P.O. Box 201**<br>**Tonawanda, NY 14151-0201** | | H | 7/2005<br>**Misc. Purchase** | | | | 506.36 |
| Account No. **183273787**<br><br>**D A C Vision**<br>**3930 Miller Park Drive**<br>**Garland, TX 75042** | | H | 10/2004<br>**Business Purchases**<br>**MMD Optical of Florida, LLC** | | | | 8,163.92 |

Sheet no. __4__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal<br>(Total of this page)         18,976.22

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Jerome A Denz,**
         **Marlene M Denz**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M5105**<br><br>**D A C Vision, Inc.**<br>**P.O. Box 678108**<br>**Dallas, TX 75267-8108** | | J | **10/2004**<br>**Sales Order**<br>**M.D. Wholesale Optical, Inc.** | | | | **654.41** |
| Account No. **156**<br><br>**Davison Road Optical, Inc.**<br>**500 Davison Road**<br>**Lockport, NY 14094** | | J | **3/2005**<br>**Credit Vouchers**<br>**M.D. Wholesale Optical, Inc.** | | | | **323.50** |
| Account No. **00886618948**<br><br>**DHL Express**<br>**P.O. Box 4723**<br>**Houston, TX 77210-4723** | | H | **6/2004**<br>**Business Mailing**<br>**MMD Optical of Florida, LLC** | | | | **6.61** |
| Account No. **776194404**<br><br>**DHL Express (USA) Inc.**<br>**P.O. Box 4723**<br>**Houston, TX 77210-4723** | | J | **1/2005**<br>**Business Service**<br>**M.D. Wholesale Optical, Inc.** | | | | **33.79** |
| Account No. **6011 3002 9065 4753**<br><br>**Discover Card**<br>**P.O. Box 15251**<br>**Wilmington, DE 19886-5251** | | J | **6/2005**<br>**Misc. Purchases** | | | | **12,271.09** |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **13,289.40**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Jerome A Denz,**
         **Marlene M Denz**

Case No. _____

_____,
                                                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-0033-6064-2035**<br><br>**Discover Financial Services**<br>**P.O. Box 15251**<br>**Wilmington, DE 19886-5251** | | W | **7/2005**<br>**Misc. Purchases** | | | | **5,160.16** |
| Account No. **md**<br><br>**Eagle Eyewearm Inc.**<br>**P.O. Box 486**<br>**Whitehouse, NJ 08888** | | J | **6/2004**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | **154.18** |
| Account No. **N/A**<br><br>**Edward Woeppel**<br>**Certified Public Accountant**<br>**869 Niagara Falls Boulevard**<br>**Amherst, NY 14226** | | J | **9/2005**<br>**Tax Preparation** | | | | **580.00** |
| Account No. **4798-1746-6600-5245**<br><br>**Elan Financial Services**<br>**Cardmember Service**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | | J | **4/2005**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | **1,460.60** |
| Account No. **4798-1746-6600-5237**<br><br>**Elan Financial Services**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-9801** | | J | **9/2004**<br>**Business Purchases**<br>**M.D. Optical, Inc.** | | | | **21,134.50** |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **28,489.44**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800)492-8037          Best Case Bankruptcy

In re    **Jerome A Denz,**                        Case No. _____
        **Marlene M Denz**

_____ _____,
                                 Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **142060**<br><br>**Embassy Creations, Inc.**<br>**122 Manton Avenue**<br>**Box L4**<br>**Providence, RI 02909** | | J | **7/2005**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | 164.37 |
| Account No. **1101599-0000**<br><br>**Essilor Lens Group**<br>**13515 N. Stemmons Frwy**<br>**Dallas, TX 75234** | | W | **2/2005**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | 45,609.81 |
| Account No. **41-2280**<br><br>**Essilor Ophthalmic Instrument**<br>**P.O. Box 2668**<br>**Carol Stream, IL 60132-2668** | | J | **1/2005**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | 563.20 |
| Account No. **903197**<br><br>**Essilor/Reflection Free**<br>**Essilor Processing Center**<br>**4360 28th Street North**<br>**Saint Petersburg, FL 33714** | | H | **7/2004**<br>**Business Account**<br>**M.M.D. Optical of Florida, LLC** | | | | 1,298.06 |
| Account No. **7302 8208 5279 3034**<br><br>**ExxonMobil**<br>**P.O. Box 4598**<br>**Carol Stream, IL 60197-4598** | | W | **7/2005**<br>**Misc. Purchases** | | | | 218.04 |

Sheet no. __7__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **47,853.48**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston...    Best Case Bankruptcy

In re    **Jerome A Denz,**
         **Marlene M Denz**

Case No. _____

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **800425**<br><br>First Cardinal Corporation<br>10 British American Boulevard<br>Latham, NY 12110 | | | J | 6/2005<br>**Workers Compensation Certificate**<br>**M.D. Wholesale Optical** | | | | 1,272.75 |
| Account No. **75265-69392**<br><br>Florida Power & Light Company<br>P.O. Box 025576<br>Miami, FL 33102 | | | H | 6/2004<br>**Electrical Service**<br>**MMD Optical of Florida, LLC** | | | | 42.40 |
| Account No. **90132338844**<br><br>GECC/Danka Portfolio<br>P.O. Box 802585<br>Chicago, IL 60680-2585 | | | J | 10/2004<br>**Business Transaction**<br>**M.D. Wholesale Optical, Inc.** | | | | 12,112.50 |
| Account No. **94292-22096**<br><br>Gerber Coburn<br>A Division of Gerber Scientific<br>International, Inc.<br>P.O. Box 90336<br>Chicago, IL 60696-0336 | | | J | 9/2004<br>**Business Account**<br>**MD Wholesale Optical, Inc.** | | | | 21,160.92 |
| Account No. **4430**<br><br>Grobet File Co. of America, Inc.<br>7585 Reliable Parkway<br>Chicago, IL 60686-0075 | | | J | 2/2005<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | 183.01 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,771.58

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Jerome A Denz,**
         **Marlene M Denz**                                                    Case No. _____

_____,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**Hi-Look, Inc.**<br>**12155 Magnolia Avenue**<br>**Unit 8-C**<br>**Riverside, CA 92503** | | J | **3/2005**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | **107.20** |
| Account No. **5452703**<br><br>**Hilco**<br>**P.O. Box 3436**<br>**Boston, MA 02241-3436** | | J | **6/2004**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | **717.02** |
| Account No. **000009**<br><br>**Hoya Vision/Bethel Facility**<br>**13 Francis J. Clarke Circle**<br>**Bethel, CT 06801-2846** | | J | **12/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **208.80** |
| Account No. **5474 7837 0135 9322**<br><br>**HSBC Bank USA, N.A.**<br>**P.O. Box 37278**<br>**Baltimore, MD 21297-3278** | | J | **5/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **10,011.89** |
| Account No. **5474 7837 0195 8115**<br><br>**HSBC Bank USA, N.A.**<br>**P.O. 37278**<br>**Baltimore, MD 21297-3278** | | W | **6/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **9,893.26** |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **20,938.17**

In re  **Jerome A Denz,**
  **Marlene M Denz**

Case No. _____

_____,
          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5474 7837 0136 3746**<br><br>**HSBC Bank USA, N.A.**<br>**P.O. Box 37278**<br>**Baltimore, MD 21297-3278** | | H | **6/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **9,242.18** |
| Account No. **5491-0984-0195-5553**<br><br>**HSBC Card Services**<br>**P.O. Box 17332**<br>**Baltimore, MD 21297-1332** | | H | **6/2004**<br>**Misc. Purchases** | | | | **5,878.84** |
| Account No. **1033339**<br><br>**Insight Equity A.P.X., LP d/b/a**<br>**Vision-Ease**<br>**2537 Solutions Center**<br>**Chicago, IL 60677-2005** | | J | **12/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **2,326.94** |
| Account No. **391412**<br><br>**International Profit Associates**<br>**1250 Barclay Boulevard**<br>**Buffalo Grove, IL 60089** | | W | **10/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **19,686.96** |
| Account No. **I1010**<br><br>**Interstate Optical Company**<br>**P.O. Box 308**<br>**Mansfield, OH 44901-0308** | | W | **5/2005**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | **49.69** |

Sheet no. __**10**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **37,184.61**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re      **Jerome A Denz,**                                        Case No. _____
              **Marlene M Denz**
_____ _____,
                                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **000009** <br><br> J.P. Morgan Chase <br> Lock Box Processing <br> Lock Box #13707 <br> 4 Chase Metroteck Center, 7th Floor <br> Brooklyn, NY 11245 | | J | 12/2004 <br> **Business Lock Box** <br> **M.D. Wholesale Optical, Inc.** | | | | 208.80 |
| Account No. **N/A** <br><br> James A. Denz <br> 5411 Seneca Street <br> Buffalo, NY 14224 | | J | 10/2003 <br> **Buy-out** | | | | 3,500.00 |
| Account No. **0510128** <br><br> K.B. Co./The Polarized Lens Co <br> Attn: Accounts Receivable <br> Department 1221 <br> Denver, CO 80256-0001 | | J | 6/2005 <br> **Business Purchase** <br> **M.D. Wholesale Optical, Inc.** | | | | 3,524.67 |
| Account No. **MMDFTM** <br><br> KBco, The Polarized Lens Company <br> Attn: Accounts Receivable <br> Department 1221 <br> Denver, CO 80256-0001 | | H | 10/2004 <br> **Business Purchases** <br> **MMD Optical of Florida, LLC** | | | | 1,161.62 |
| Account No. **96329001493172** <br><br> KeyBank <br> P.O. Box 94955 <br> Cleveland, OH 44101-4955 | | J | 9/2004 <br> **Line of Credit** | | | | 18,862.74 |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          27,257.83

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL                                    Best Case Bankruptcy

In re    **Jerome A Denz,**                                      Case No. _____

       **Marlene M Denz**

_____  _____,

                            Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **000008002308891** <br><br> **KeyMerchants** <br> **7300 Chapman Highway** <br> **Knoxville, TN 37920** | | J | **8/2004** <br> **User Fees for Business Card** <br> **M.D. Wholesale Optical, Inc.** | | | | **28.00** |
| Account No. **7168246254** <br><br> **Korey Sales & Services** <br> **2343 Union Road** <br> **Buffalo, NY 14227** | | J | **5/2005** <br> **Business Account** <br> **M.D. Wholesale Optical, Inc.** | | | | **65.25** |
| Account No. **332175** <br><br> **Lensco, The Lens Co.** <br> **13 1/2 Van Houten Street** <br> **Paterson, NJ 07505** | | J | **6/2004** <br> **Business Account** <br> **M.D. Wholesale Optical, Inc.** | | | | **1,173.89** |
| Account No. **4798 1746 6600 5237** <br><br> **M&T Bank** <br> **Cardmember Service** <br> **P.O. Box 790408** <br> **Saint Louis, MO 63179-0408** | | H | **8/2004** <br> **Business Account** <br> **M.D. Wholesale Optical, Inc.** | | | | **20,629.70** |
| Account No. **4798 1746 6600 5245** <br><br> **M&T Bank** <br> **Cardmember Service** <br> **P.O. Box 790408** <br> **Saint Louis, MO 63179-0408** | | W | **8/2004** <br> **Business Account** <br> **M.D. Wholesale Optical, Inc.** | | | | **1,524.49** |

Sheet no. __**12**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
            (Total of this page)       **23,421.33**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re     **Jerome A Denz,**
          **Marlene M Denz**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4798 1746 6601 5145**<br><br>**M&T Bank**<br>**Cardmember Service**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | | J | **7/2004**<br>**Business Account**<br>**MD. Wholesale Optical, Inc.** | | | | 174.57 |
| Account No. **N/A**<br><br>**M.B. Orsolits Co. Inc.**<br>**73 Lafayette Boulevard**<br>**Buffalo, NY 14221** | | W | **5/2005**<br>**Purchase Orders**<br>**M.D. Wholesale Optical, Inc.** | | | | 1,713.21 |
| Account No. **90101229**<br><br>**Manufacturing Financing Services**<br>**1540 W. Foutainhead Pkwy**<br>**Tempe, AZ 85282** | | J | **11/2003**<br>**Business Equipment**<br>**M.D. Wholesale Optical, Inc.**<br>**MMD Optical of Florida, LLC** | | | | 47,031.86 |
| Account No. **5490-9941-0132-8631**<br><br>**MBNA**<br>**P.O. Box 15289**<br>**Wilmington, DE 19886-5289** | | W | **8/2004**<br>**Credit Card Purchases** | | | | 21,452.80 |
| Account No. **5490 9957 6854 7942**<br><br>**MBNA America**<br>**P.O. Box 15137**<br>**Wilmington, DE 19886-5137** | | H | **7/2004**<br>**Misc. Purchases** | | | | 5,038.10 |

Sheet no. **13** of **25** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     75,410.54

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL                    Best Case Bankruptcy

In re     **Jerome A Denz,**                                          Case No. _____
          **Marlene M Denz**
_____  _____,
                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5474 9795 5011 2941**<br><br>**MBNA America**<br>**Platinum Plus for Business**<br>**P.O. Box 15469**<br>**Wilmington, DE 19886-5469** | | W | **6/2004**<br>**Misc. Purchases** | | | | **11,322.04** |
| Account No. **4264 2904 2309 7989**<br><br>**MBNA America**<br>**P.O. Box 15137**<br>**Wilmington, DE 19886-5137** | | H | **8/2004**<br>**Misc. Purchases** | | | | **43,877.73** |
| Account No. **7000026872 X20**<br><br>**MCI**<br>**P.O. Box 96022**<br>**Charlotte, NC 28296-0022** | | H | **8/2004**<br>**Business Account**<br>**MMD Optical of Florida, LLC** | | | | **240.61** |
| Account No. **B0000888401**<br><br>**Monterey Financial Services**<br>**P.O. Box 2809**<br>**Carlsbad, CA 92018** | | J | **9/2004**<br>**Timeshare**<br>**Western Horizons/Rainbow Lakes** | | | | **524.97** |
| Account No. **424196**<br><br>**Mony**<br>**P.O. Box 4720**<br>**Mail Drop 32-07**<br>**Syracuse, NY 13221-4720** | | J | **1/2005**<br>**Employee Life Insurance**<br>**M.D. Wholesale Optical, Inc.** | | | | **432.50** |

Sheet no. __**14**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **56,397.85**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Jerome A Denz,**
        **Marlene M Denz**                               Case No. _____

_____,
                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **352639401**<br><br>**National Fuel**<br>**P.O. Box 4103**<br>**Buffalo, NY 14264** | | J | **7/2005**<br>**Gas Service** | | | | **405.81** |
| Account No. **3975925-03**<br><br>**National Fuel**<br>**P.O. Box 4103**<br>**Buffalo, NY 14264** | | J | **8/2005**<br>**Gas Service** | | | | **134.62** |
| Account No. **3526394-06**<br><br>**National Fuel**<br>**P.O. Box 4103**<br>**Buffalo, NY 14264** | | J | **10/2004**<br>**Natural Gas Service** | | | | **291.63** |
| Account No. **2922**<br><br>**National Optronics, Inc.**<br>**100 Avon Street**<br>**P.O. Box 1547**<br>**Charlottesville, VA 22902** | | J | **9/2004**<br>**Business Purchases** | | | | **233.67** |
| Account No. **2963**<br><br>**National Optronics, Inc.**<br>**100 Avon Street**<br>**P.O. Box 1547**<br>**Charlottesville, VA 22902** | | H | **10/2004**<br>**Business Purchases**<br>**MMD Optical of Florida, LLC** | | | | **2,146.52** |

Sheet no. __**15**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,212.25**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL                               Best Case Bankruptcy

In re  **Jerome A Denz,**
       **Marlene M Denz**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18863-25105** <br><br> **Niagara Mohawk** <br> **300 Erie Boulevard West** <br> **Syracuse, NY 13252** | | J | **7/2004** <br> **Electrical Service** | | | | 135.08 |
| Account No. **58463-18102** <br><br> **Niagara Mohawk** <br> **300 Erie Boulevard West** <br> **Syracuse, NY 13252** | | J | **6/2004** <br> **Electrical Service** | | | | 3,100.95 |
| Account No. **19263-25109** <br><br> **Niagara Mohawk** <br> **300 Erie Boulevard West** <br> **Syracuse, NY 13252** | | J | **5/2004** <br> **Electrical Service** | | | | 37.12 |
| Account No. **04922-00** <br><br> **North American Coating Laboratories** <br> **190 Alpha Park** <br> **Cleveland, OH 44143** | | J | **4/2005** <br> **Business Purchases** <br> **M.D. Wholesale Optical, Inc.** | | | | 1,691.35 |
| Account No. **8002308891** <br><br> **NOVA Settlement/Recovery** <br> **P.O. Box 86** <br> **SDS 12-2291** <br> **Minneapolis, MN 55486-0086** | | J | **9/2004** <br> **User Fees for Business Accounts** <br> **M.D. Wholesale Optical, Inc.** | | | | 20.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,984.50

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Jerome A Denz,**
         **Marlene M Denz**

Case No. _____

_____,
                                                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5325**<br><br>On-Guard Safety Corp.<br>2-344 North Rivermede Road<br>Concord, ON L4K 3N2 | | J | 7/2004<br>Business Purchases<br>M.D. Wholesale Optical, Inc. | | | | 934.10 |
| Account No. **1574**<br><br>Optical Distribution Corporation d/b/a<br>Rodenstock<br>L2795<br>Columbus, OH 43260 | | J | 11/2004<br>Business Purchases<br>M.D. Wholesale Optical, Inc. | | | | 302.19 |
| Account No. **M0907**<br><br>Optima, Inc.<br>111 Research Drive<br>Stratford, CT 06615 | | J | 6/2005<br>Business Purchases<br>M.D. Wholesale Optical, Inc. | | | | 905.18 |
| Account No. **N/A**<br><br>Oracle Lens Mfg.<br>Div. of Sola International, Inc.<br>30 Jefferson Park Road<br>Warwick, RI 02888 | | J | 5/2005<br>Business Purchases<br>M.D. Wholesale Optical, Inc. | | | | 7,651.34 |
| Account No. 80009000002469926<br><br>Pitney Bowes<br>P.O. Box 856042<br>Louisville, KY 40285-6042 | | J | 7/2004<br>Business Account<br>M.D. Wholesale Optical, Inc. | | | | 1,693.54 |

Sheet no. __**17**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,486.35

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evansto Description: Main Document  , Page 31 of 66          Best Case Bankruptcy

In re     **Jerome A Denz,**
        **Marlene M Denz**

Case No. _____

_____ _____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6777940-005** <br><br> **Pitney Bowes Credit Corp.** <br> **P.O. Box 856042** <br> **Louisville, KY 40285-6042** | | J | **7/2004** <br> **Business Account** <br> **M.D. Wholesale Optical, Inc.** | | | | **3,459.37** |
| Account No. **45637** <br><br> **Polycore Optical USA** <br> **875 E. Patriot Blvd., Ste. #201** <br> **Reno, NV 89511** | | J | **11/2004** <br> **Business Purchases** <br> **M.D. Wholesale Optical, Inc.** | | | | **5,815.67** |
| Account No. **50476** <br><br> **Polycore Optical USA** <br> **875 E. Patriot** <br> **Ste. 201** <br> **Reno, NV 89511** | | H | **10/2004** <br> **Business Purchases** <br> **MMD Optical of Florida, LLC** | | | | **1,239.54** |
| Account No. **003271** <br><br> **Practical Systems, Inc.** <br> **11617 Prospect Road** <br> **Odessa, FL 33556** | | H | **1/2005** <br> **Business Purchases** <br> **MMD Optical of Florida, LLC** | | | | **648.35** |
| Account No. **006092** <br><br> **Practical Systems, Inc.** <br> **11617 Prospect Road** <br> **Odessa, FL 33556** | | W | **2/2005** <br> **Business Purchases** <br> **MD Wholesale Optical, Inc.** | | | | **2,190.88** |

Sheet no. __**18**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,353.81**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston Description: Main Document , Page 32 of 66     Best Case Bankruptcy

In re    **Jerome A Denz,**                                                  Case No. _____
         **Marlene M Denz**

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **1574**<br><br>**Rodenstock**<br>**2150 Bixby Road**<br>**Lockbourne, OH 43137** | | J | **12/2004**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | **311.20** |
| Account No. **03-0243**<br><br>**Sadler Optical Tools & Findings**<br>**Sadler Brothers, Inc.**<br>**561 Newport Avenue**<br>**P.O. Box 3005**<br>**Attleboro, MA 02703** | | J | **2/2005**<br>**Business Purchase**<br>**M.D. Wholesale Optical, Inc.** | | | | **14.58** |
| Account No. **1569**<br><br>**Seiko Optical**<br>**P.O. Box 8500-1816**<br>**Philadelphia, PA 19178-1816** | | J | **6/2004**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | **3,096.35** |
| Account No. **M00025**<br><br>**Shuron LTD.**<br>**19 Halton Business Park**<br>**120 Halton Road**<br>**Greenville, SC 29607** | | J | **6/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, INc.** | | | | **110.33** |
| Account No. **130650**<br><br>**Signet Armorlite, Inc.**<br>**NW 7992**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-7992** | | J | **1/2005**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **6,953.42** |

Sheet no. __**19**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **10,485.88**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Jerome A Denz,**                                  Case No. _____

           **Marlene M Denz**

_____ ,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **130640**<br><br>Signet Armorlite, Inc.<br>NW 7992<br>P.O. Box 1450<br>Minneapolis, MN 55485-7992 | | H | **11/2004**<br>**Business Purchases**<br>**MMD Optical of Florida, LLC** | | | | 3,252.38 |
| Account No. **10890**<br><br>Slabs Plus<br>P.O. Box 729<br>Ruskin, FL 33575 | | H | **8/2004**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | 1,379.95 |
| Account No. **N/A**<br><br>South Buffalo Auto Parts<br>654 Elk Street<br>Buffalo, NY 14210 | | J | **1/2005**<br>**Business Purchase**<br>**M.D. Wholesale Optical, Inc.** | | | | 640.00 |
| Account No. **MDWH0**<br><br>Specialty Lens Corporation<br>P.O. Box 651104<br>Salt Lake City, UT 84165-1104 | | J | **2/2005**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | 118.63 |
| Account No. **799371**<br><br>Sprint<br>Payment Processing<br>Stephen Boyd<br>P.O. Box 723115<br>Atlanta, GA 31139-0115 | | J | **1/2005**<br>**Business TY** | | | | 0.00 |

Sheet no. __**20**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                              (Total of this page)       **5,390.96**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston Description: Main Document  , Page 34 of 66 Best Case Bankruptcy

In re      **Jerome A Denz,**
            **Marlene M Denz**
                                                                            Case No. _____

_____
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2182D5065** <br><br> **St. Paul Travelers** <br> **CL & Specialty Remittance Center** <br> **Hartford, CT 06183-1008** | | J | **7/2005** <br> **Business Insurance** <br> **M.D. Wholesale Optical** | | | | 3,057.13 |
| Account No. **N/A** <br><br> **Stephen J. Cohen & Bente Jensen** <br> **112 1st Street** <br> **Belleair Beach, FL 33786** | | H | **1/2004** <br> **Promissary Note** | | | | 50,000.00 |
| Account No. **4873** <br><br> **Stormin Norman's Discnt Optics** <br> **1200 S. Rogers Cir Bldg #13** <br> **Boca Raton, FL 33487** | | J | **4/2005** <br> **Business Purchases** <br> **M.D. Wholesale Optical, Inc.** | | | | 170.95 |
| Account No. **N/A** <br><br> **Suburban Messenger Service** <br> **697 Ridge Road** <br> **Buffalo, NY 14218** | | J | **6/2005** <br> **Business Service** <br> **M.D. Wholesale Optical, Inc.** | | | | 1,078.00 |
| Account No. **9-289-942-969-90** <br><br> **Target National Bank** <br> **P.O. Box 59231** <br> **Minneapolis, MN 55459-0231** | | W | **6/2005** <br> **Misc. Purchases** | | | | 277.69 |

Sheet no. __**21**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **54,583.77**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Jerome A Denz,**
        **Marlene M Denz**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5452703**<br><br>**The Hilco Co**<br>**P.O. Box 3436**<br>**Boston, MA 02241** | | J | **4/2004**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | 811.21 |
| Account No. **1000617**<br><br>**Titmus**<br>**P.O. Box 79138**<br>**Baltimore, MD 21279-0138** | | J | **7/2005**<br>**Business Purchase**<br>**M.D. Wholesale Optical, Inc.** | | | | 969.57 |
| Account No. **102732**<br><br>**Tuscany Eyewear**<br>**13794 NW 4th Street**<br>**Suite 207**<br>**Sunrise, FL 33325** | | J | **3/2005**<br>**Business Purchase**<br>**M.D. Wholesale Optical, Inc.** | | | | 185.66 |
| Account No. **19404**<br><br>**Ultra Optics/Walman Optical**<br>**9200 Wyoming Avenue N**<br>**Suite 360**<br>**Brooklyn Park, MN 55445** | | J | **2/2005**<br>**Business Account**<br>**M.D. Wholesale Optical, Inc.** | | | | 432.54 |
| Account No. **55236**<br><br>**Ultra Optics/Walman Optical**<br>**9200 Wyoming Ave N**<br>**Brooklyn Park, MN 55445** | | H | **11/2004**<br>**Business Account**<br>**M.M.D. Optical of Florida, LLC** | | | | 2,302.37 |

Sheet no. **22** of **25** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,701.35

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL Best Case Bankruptcy

In re      **Jerome A Denz,**                                                    Case No. _____
             **Marlene M Denz**
_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **UM411883** <br><br> **Unishippers** <br> **3337 North Hullen Street** <br> **Suite 300** <br> **Metairie, LA 70002** | | H | **4/2005** <br> **Business Account** <br> **MMD Optical of Florida, LLC** | | | | 184.26 |
| Account No. **609-616044710** <br><br> **Unisource** <br> **7472 Collections Center Drive** <br> **Chicago, IL 60693** | | J | **7/2005** <br> **Business Purchase** <br> **M.D. Wholesale Optical, Inc.** | | | | 336.82 |
| Account No. **Y77811** <br><br> **UPS** <br> **P.O. Box 7247-0244** <br> **Philadelphia, PA 19170-0001** | | J | **6/2005** <br> **Shipping Service** <br> **M.M.D. Optical of Florida, LLC** | | | | 52.48 |
| Account No. **117732** <br><br> **UPS** <br> **P.O. Box 7247-0244** <br> **Philadelphia, PA 19170-0001** | | J | **12/2004** <br> **Shipping Service** <br> **M.D. Wholesale Optical, Inc.** | | | | 5,042.43 |
| Account No. **4336-9400-0089-5718** <br><br> **US Bank** <br> **Cardmember Service** <br> **P.O. Box 790408** <br> **Saint Louis, MO 63179-0408** | | W | **6/2004** <br> **Business Credit Card Account** <br> **M.D. Wholesale Optical, Inc.** | | | | 21,072.88 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ..... 26,688.87

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re     **Jerome A Denz,**
         **Marlene M Denz**
                           ,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **716 824 6254 153 26 7**<br><br>**Verizon<br>P.O. Box 1100<br>Albany, NY 12250-0001** | | J | **6/2005<br>Business Telephone Service<br>M.D. Wholesale Optical, Inc.** | | | | 790.74 |
| Account No. **030214285**<br><br>**Verizon<br>P.O. Box 489<br>Newark, NJ 07101-0489** | | H | **2/2005<br>Telephone Service** | | | | 608.94 |
| Account No. **716 826 5024 019 26 9**<br><br>**Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124** | | H | **1/2005<br>Telephone Service** | | | | 48.00 |
| Account No. **02193**<br><br>**WECO<br>Briot WECO Corporate Offices<br>5975 Shiloh Road<br>Suite 110<br>Alpharetta, GA 30005** | | H | **10/2004<br>Business Purchases<br>MMD Optical of Florida, LLC** | | | | 1,360.71 |
| Account No. **074700248**<br><br>**World Vacation Club<br>3502 Woodview Terrace<br>P.O. Box 80229<br>Indianapolis, IN 46280-0229** | | J | **1/2003<br>Timeshare for Palace Resorts** | | | | 15,000.00 |

Sheet no. __**24**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,808.39

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL Best Case Bankruptcy

In re      **Jerome A Denz,**
           **Marlene M Denz**
                                                                            Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **60086 C**<br><br>**X-Cel Optical Company**<br>**806 South Benton Drive**<br>**Box 420**<br>**Sauk Rapids, MN 56379** | | J | **5/2005**<br>**Business Purchase**<br>**M.D. Wholesale Optical, Inc.** | | | | **12,484.07** |
| Account No. **60086**<br><br>**X-Cell Optical**<br>**806 South Benton Drive**<br>**Box 420**<br>**Sauk Rapids, MN 56379** | | H | **6/2004**<br>**Business Account**<br>**M.M.D. Optical of Florida, LLC** | | | | **2,046.84** |
| Account No. **1922**<br><br>**Younger Optics**<br>**The Optical Lens Innovators**<br>**2925 California Street**<br>**Torrance, CA 90503** | | J | **7/2004**<br>**Business Purchases**<br>**M.D. Wholesale Optical, Inc.** | | | | **43,212.85** |
| Account No. **3388**<br><br>**Younger Optics**<br>**2925 California Street**<br>**Torrance, CA 90503** | | H | **1/2005**<br>**Business Account**<br>**M.M.D. Optical of Florida, LLC** | | | | **2,400.27** |
| Account No. **M015188545-001-00001**<br><br>**Zurich north America**<br>**8712 Innovation Way**<br>**Chicago, IL 60682-0087** | | J | **3/2004**<br>**Business Account**<br>**M.M.D. Optical of Florida, LLC** | | | | **327.08** |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **60,471.11** |
| Total (Report on Summary of Schedules) | **740,128.08** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Jerome A Denz,**                                             Case No. _____
         **Marlene M Denz**

_____  _____,
                                          Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code. of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Mimms Enterprises<br>Real Estate - Investments<br>16520 S. Tamiami Trail<br>Island Park Shopping Center, Suite 210<br>Fort Myers, FL 33908 | Temination of Lease for MMD Optical of Florida, LLC<br>Amount owed: $7927.59 |
| Lyon Financial Services, Inc.<br>Law Offices of Charles A. Gruen<br>45 Essex Street, Suite 200<br>Hackensack, NJ 07601 | M.D. Wholesale Optical, Inc. Lease No: 784027<br>MMD Optical of Florida, LLC Lease Nos: 960641 & 981208<br>Total Amount: $75,219.95 |

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston                                    Best Case Bankruptcy

In re **Jerome A Denz,**
**Marlene M Denz**

Case No. _____

_____ ,
Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

__0__ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL Best Case Bankruptcy

In re **Jerome A Denz,**            Case No. _____
        **Marlene M Denz**

_____ _____,

Debtors

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | NAMES<br>**None.** | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Disabled** |
| Name of Employer | **Unemployed** | **Disabled** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **1,620.00** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **1,620.00** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify)_____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,620.00** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) **NY State Disability** | $ **0.00** | $ **628.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **1,620.00** | $ **628.00** |

TOTAL COMBINED MONTHLY INCOME    $ **2,248.00**      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Jerome A Denz,**  Case No. _____
    **Marlene M Denz**
_____,
                                                        Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 807.00 |

Are real estate taxes included?  Yes **X**  No_____
Is property insurance included?  Yes_____  No **X**

| | |
|---|---|
| Utilities: Electricity and heating fuel | $ 100.00 |
| Water and sewer | $ 50.00 |
| Telephone | $ 100.00 |
| Other_____ | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 200.00 |
| Food | $ 60.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 200.00 |
| Transportation (not including car payments) | $ 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 70.00 |
| Life | $ 185.00 |
| Health | $ 230.00 |
| Auto | $ 50.00 |
| Other **Longterm Care - Marlene** | $ 112.80 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify)_____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases. do not list payments to be included in the plan.) | |
| Auto | $ 0.00 |
| Other_____ | $ 0.00 |
| Other_____ | $ 0.00 |
| Other_____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other_____ | $ 0.00 |
| Other_____ | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ 2,299.80 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income ........ $ N/A
B. Total projected monthly expenses ........ $ N/A
C. Excess income (A minus B) ........ $ N/A
D. Total amount to be paid into plan each _____ ........ $ N/A
                                        (interval)

# United States Bankruptcy Court
## Western District of New York

In re    **Jerome A Denz**
**Marlene M Denz**
_____    _____    Case No.   _____

Debtor(s)      Chapter    **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __38__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 12, 2005**      Signature _____
          **Jerome A Denz**
          Debtor

Date   **October 12, 2005**      Signature _____
          **Marlene M Denz**
          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form 7
(9/00)

# United States Bankruptcy Court
## Western District of New York

In re    **Jerome A Denz**
**Marlene M Denz** _____ _____ Case No. _____
                       Debtor(s)       Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                SOURCE (if more than one)

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                SOURCE

### 3. Payments to creditors

None ■    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10. Other transfers

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

**13. Setoffs**

None | List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■ | commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |

**14. Property held for another person**

None | List all property owned by another person that the debtor holds or controls.
■ |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**

None | If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor
■ | occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16. Spouses and Former Spouses**

None | If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
■ | Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
■ | liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■ | Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership,
sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or
in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity
securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity
securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **M.M.D. Optical of Florida, LLC** | **16 1365881** | **2711 Park Windsor Drive, Suite 305 Fort Myers, FL 33901** | **Optical Business** | **2002 through 2005** |
| **M.D. Wholesale Optical, Inc.** | **16 1365881** | **2017 Clinton Street Buffalo, NY 14206** | **Optical Business** | **1990 through 2005** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole
proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or
■     supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
■     books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                    DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                    TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 12, 2005**                      Signature _____ ,
                                                                 **Jerome A Denz**
                                                                 Debtor

Date  **October 12, 2005**                      Signature _____
                                                                 **Marlene M Denz**
                                                                 Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Western District of New York

In re     **Jerome A Denz,**                            Case No. _____

         **Marlene M Denz**

_____,

                             Debtors           Chapter _____ 7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

Description of Property                             Creditor's name

     **NONE.**

     *b. Property to Be Retained.*                                   *[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **NONE.** | | | | |

Date    **October 12, 2005**            Signature _____

                                            **Jerome A Denz**
                                            Debtor

Date    **October 12, 2005**            Signature _____

                                            **Marlene M Denz**
                                            Joint Debtor

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Jerome A Denz**
       **Marlene M Denz**                                Case No.                       

                                        Debtor(s)           Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $   **2,500.00** |
| Prior to the filing of this statement I have received | $   **2,500.00** |
| Balance Due | $   **0.00** |

2.   $   **210.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■       Debtor          ☐        Other (specify):

4.   The source of compensation to be paid to me is:

     ■       Debtor          ☐        Other (specify):

5.   ■     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 13, 2005**

                                   **Kenneth P. Bernas, Esq.**
                                   **Law Office of Kenneth P. Bernas, Esq.**
                                   **1299 Union Road**
                                   **Buffalo, NY 14224**
                                   **(716)675-1800   Fax: (716)674-7116**

# United States Bankruptcy Court
## Western District of New York

In re    **Jerome A Denz,**
       **Marlene M Denz**

                         Debtors

Case No. _____

Chapter _____ 7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date____ **October 12, 2005** _____

Signature_____
           **Jerome A Denz**
           Debtor

Date____ **October 12, 2005** _____

Signature_____
           **Marlene M Denz**
           Joint Debtor

Tuscany Eyewear
13794 NW 4th Street
Suite 207
Sunrise, FL 33325


Ultra Optics/Walman Optical
9200 Wyoming Avenue N
Suite 360
Brooklyn Park, MN 55445


Ultra Optics/Walman Optical
9200 Wyoming Ave N
Brooklyn Park, MN 55445


Unishippers
3337 North Hullen Street
Suite 300
Metairie, LA 70002


Unisource
7472 Collections Center Drive
Chicago, IL 60693


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


US Bank
Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408


Verizon
P.O. Box 1100
Albany, NY 12250-0001


Verizon
P.O. Box 489
Newark, NJ 07101-0489


Verizon
P.O. Box 15124
Albany, NY 12212-5124

South Buffalo Auto Parts
654 Elk Street
Buffalo, NY 14210


Specialty Lens Corporation
P.O. Box 651104
Salt Lake City, UT 84165-1104


Sprint
Payment Processing
Stephen Boyd
P.O. Box 723115
Atlanta, GA 31139-0115


St. Paul Travelers
CL & Specialty Remittance Center
Hartford, CT 06183-1008


Stephen J. Cohen & Bente Jensen
112 1st Street
Belleair Beach, FL 33786


Stormin Norman's Discnt Optics
1200 S. Rogers Cir Bldg #13
Boca Raton, FL 33487


Suburban Messenger Service
697 Ridge Road
Buffalo, NY 14218


Target National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231


The Hilco Co
P.O. Box 3436
Boston, MA 02241


Titmus
P.O. Box 79138
Baltimore, MD 21279-0138

Pitney Bowes Credit Corp.
P.O. Box 856042
Louisville, KY 40285-6042


Polycore Optical USA
875 E. Patriot Blvd., Ste. #201
Reno, NV 89511


Polycore Optical USA
875 E. Patriot
Ste. 201
Reno, NV 89511


Practical Systems, Inc.
11617 Prospect Road
Odessa, FL 33556


Rodenstock
2150 Bixby Road
Lockbourne, OH 43137


Sadler Optical Tools & Findings
Sadler Brothers, Inc.
561 Newport Avenue
P.O. Box 3005
Attleboro, MA 02703


Seiko Optical
P.O. Box 8500-1816
Philadelphia, PA 19178-1816


Shuron LTD.
19 Halton Business Park
120 Halton Road
Greenville, SC 29607


Signet Armorlite, Inc.
NW 7992
P.O. Box 1450
Minneapolis, MN 55485-7992


Slabs Plus
P.O. Box 729
Ruskin, FL 33575

National Fuel
P.O. Box 4103
Buffalo, NY 14264


National Optronics, Inc.
100 Avon Street
P.O. Box 1547
Charlottesville, VA 22902


Niagara Mohawk
300 Erie Boulevard West
Syracuse, NY 13252


North American Coating Laboratories
190 Alpha Park
Cleveland, OH 44143


NOVA Settlement/Recovery
P.O. Box 86
SDS 12-2291
Minneapolis, MN 55486-0086


On-Guard Safety Corp.
2-344 North Rivermede Road
Concord, ON L4K 3N2


Optical Distribution Corporation d/b/a
Rodenstock
L2795
Columbus, OH 43260


Optima, Inc.
111 Research Drive
Stratford, CT 06615


Oracle Lens Mfg.
Div. of Sola International, Inc.
30 Jefferson Park Road
Warwick, RI 02888


Pitney Bowes
P.O. Box 856042
Louisville, KY 40285-6042

M&T Bank
Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408


M.B. Orsolits Co. Inc.
73 Lafayette Boulevard
Buffalo, NY 14221


Manufacturing Financing Services
1540 W. Foutainhead Pkwy
Tempe, AZ 85282


MBNA
P.O. Box 15289
Wilmington, DE 19886-5289


MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137


MBNA America
Platinum Plus for Business
P.O. Box 15469
Wilmington, DE 19886-5469


MCI
P.O. Box 96022
Charlotte, NC 28296-0022


Monterey Financial Services
P.O. Box 2809
Carlsbad, CA 92018


Mony
P.O. Box 4720
Mail Drop 32-07
Syracuse, NY 13221-4720


N.Y.S. Dept. of Taxation & Finance
NYS Assessment Receivables
P.O. Box 4127
Binghamton, NY 13902-4127

J.P. Morgan Chase
Lock Box Processing
Lock Box #13707
4 Chase Metroteck Center, 7th Floor
Brooklyn, NY 11245


James A. Denz
5411 Seneca Street
Buffalo, NY 14224


JP Morgan Chase Bank, N.A.
8-1111F-46 D
P.O. Box 2558
Houston, TX 77252-8069


JPMorgan Chase Bank, N.A.
8-1111F-46 D
P.O. Box 2558
Houston, TX 77252-8069


K.B. Co./The Polarized Lens Co
Attn: Accounts Receivable
Department 1221
Denver, CO 80256-0001


KBco, The Polarized Lens Company
Attn: Accounts Receivable
Department 1221
Denver, CO 80256-0001


KeyBank
P.O. Box 94955
Cleveland, OH 44101-4955


KeyMerchants
7300 Chapman Highway
Knoxville, TN 37920


Korey Sales & Services
2343 Union Road
Buffalo, NY 14227


Lensco, The Lens Co.
13 1/2 Van Houten Street
Paterson, NJ 07505

Grobet File Co. of America, Inc.
7585 Reliable Parkway
Chicago, IL 60686-0075


Hi-Look, Inc.
12155 Magnolia Avenue
Unit 8-C
Riverside, CA 92503


Hilco
P.O. Box 3436
Boston, MA 02241-3436


Hoya Vision/Bethel Facility
13 Francis J. Clarke Circle
Bethel, CT 06801-2846


HSBC Bank USA, N.A.
P.O. Box 37278
Baltimore, MD 21297-3278


HSBC Bank USA, N.A.
P.O. 37278
Baltimore, MD 21297-3278


HSBC Card Services
P.O. Box 17332
Baltimore, MD 21297-1332


Insight Equity A.P.X., LP d/b/a
Vision-Ease
2537 Solutions Center
Chicago, IL 60677-2005


International Profit Associates
1250 Barclay Boulevard
Buffalo Grove, IL 60089


Interstate Optical Company
P.O. Box 308
Mansfield, OH 44901-0308

Elan Financial Services
P.O. Box 108
Saint Louis, MO 63166-9801


Embassy Creations, Inc.
122 Manton Avenue
Box L4
Providence, RI 02909


Essilor Lens Group
13515 N. Stemmons Frwy
Dallas, TX 75234


Essilor Ophthalmic Instrument
P.O. Box 2668
Carol Stream, IL 60132-2668


Essilor/Reflection Free
Essilor Processing Center
4360 28th Street North
Saint Petersburg, FL 33714


ExxonMobil
P.O. Box 4598
Carol Stream, IL 60197-4598


First Cardinal Corporation
10 British American Boulevard
Latham, NY 12110


Florida Power & Light Company
P.O. Box 025576
Miami, FL 33102


GECC/Danka Portfolio
P.O. Box 802585
Chicago, IL 60680-2585


Gerber Coburn
A Division of Gerber Scientific
International, Inc.
P.O. Box 90336
Chicago, IL 60696-0336

Culligan
P.O. Box 201
Tonawanda, NY 14151-0201


D A C Vision
3930 Miller Park Drive
Garland, TX 75042


D A C Vision, Inc.
P.O. Box 678108
Dallas, TX 75267-8108


Davison Road Optical, Inc.
500 Davison Road
Lockport, NY 14094


DHL Express
P.O. Box 4723
Houston, TX 77210-4723


DHL Express (USA) Inc.
P.O. Box 4723
Houston, TX 77210-4723


Discover Card
P.O. Box 15251
Wilmington, DE 19886-5251


Discover Financial Services
P.O. Box 15251
Wilmington, DE 19886-5251


Eagle Eyewearm Inc.
P.O. Box 486
Whitehouse, NJ 08888


Edward Woeppel
Certified Public Accountant
869 Niagara Falls Boulevard
Amherst, NY 14226


Elan Financial Services
Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408

Carl Zeiss Meditec, Inc.
Dept. 1691
P.O. Box 61000
San Francisco, CA 94161-1691


CC Systems
6553 46 St. North
Unit 905
Pinellas Park, FL 33781


Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank One
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank USA, N.A.
P.O. Box 100043
Kennesaw, GA 30156-9243


Chase Cardmember Service
P.O. Box 15291
Wilmington, DE 19886-5291


Chase Home Finance
P.O. Box 830016
Baltimore, MD 21283-0016


City of Buffalo/User Fee
Division of Treasury
P.O. Box 27
Buffalo, NY 14240-0027


City of Fort Myers
Utilities Service Department
P.O. Box 340 - City Hall
Fort Myers, FL 33902-0340


Criss Optical Mfg. Co., INc.
3628 South West Street
Box 12267
Wichita, KS 67277

Adelphia
P.O. Box 371449
Pittsburgh, PA 15250-7449


ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485


Aldana Inc./Colonial Case
350 Kinsley Avenue
Building #43, 2nd Floor
Providence, RI 02903


American Express
P.O. Box 360002
Fort Lauderdale, FL 33336-0002


American Express
P.O. Box 5207
Fort Lauderdale, FL 33310-5207


American Online
P.O. Box 30623
Tampa, FL 33630-0623


AO Sola
NK 220
P.O. Box 515249
Los Angeles, CA 90051-6549


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


Augen Optical
7734 Rutilio Court, Suite B
New Port Richey, FL 34653


Bank of America
P.O. Box 60073
City Of Industry, CA 91716-0073

WECO
Briot WECO Corporate Offices
5975 Shiloh Road
Suite 110
Alpharetta, GA 30005


World Vacation Club
3502 Woodview Terrace
P.O. Box 80229
Indianapolis, IN 46280-0229


X-Cel Optical Company
806 South Benton Drive
Box 420
Sauk Rapids, MN 56379


X-Cell Optical
806 South Benton Drive
Box 420
Sauk Rapids, MN 56379


Younger Optics
The Optical Lens Innovators
2925 California Street
Torrance, CA 90503


Younger Optics
2925 California Street
Torrance, CA 90503


Zurich north America
8712 Innovation Way
Chicago, IL 60682-0087